# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

OSCAR OMAR DANTZLER

VERSUS

OUR LADY OF THE LAKE
HOSPITAL, INC.

NO.  2025 CW 0861

**NOVEMBER 3, 2025**

---

In Re:    Oscar "Omar" Dantzler, applying for supervisory writs,
          21st Judicial District Court, Parish of Livingston, No.
          230177340.

---

**BEFORE:    LANIER, WOLFE, AND HESTER, JJ.**

**WRIT DENIED.**

**WIL**
**EW**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT